# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2765 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 169 DB 2020 |
| | : | |
| | : | Attorney Registration No. 21257 |
| v. | : | |
| | : | (Butler County) |
| | : | |
| R. BRUCE RALSTON, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2020, upon consideration of the Verified Statement of Resignation, R. Bruce Ralston is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with all of the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).